# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Lamarz Bass, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00106-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| FNU Poteat, et al, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2016 Order.

March 7, 2016

Frank G. Johns, Clerk
United States District Court